UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RYANT TRIMALE PRATT,

    Plaintiff,

    v.

B. HEDRICKS, et al.,

    Defendants.

Case No. 16-cv-01129-JD

**ORDER OF DISMISSAL**

This case was opened when plaintiff wrote a letter to the Court about prison conditions. In an effort to protect his rights, it was filed as a new case. Plaintiff was advised that he needed to file a formal complaint and was given twenty-eight days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. A copy of the Court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

Twenty-eight days has passed and plaintiff has not filed a complaint, an IFP application or otherwise communicated with the Court. This case is therefore **DISMISSED** without prejudice. No fee is due. The clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: May 23, 2016

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RYANT TRIMALE PRATT,

    Plaintiff,

    v.

B. HEDRICKS, et al.,

    Defendants.

Case No.   16-cv-01129-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 23, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ryant Trimale Pratt ID: H-06191
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: May 23, 2016

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2