| | |
|---|---|
| RYANT TRIMALE PRATT,<br>　　　　Plaintiff,<br>　v.<br>B. HEDRICKS, et al.,<br>　　　　Defendants. | Case No. 16-cv-01129-JD<br><br>**ORDER REOPENING CASE** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

This pro se civil rights action was dismissed without prejudice due to plaintiff's failure to pay the filing fee or submit a motion to proceed in forma pauperis. Plaintiff has now filed a motion to proceed in forma pauperis. The Order of Dismissal (Docket No. 7) is **VACATED** and this case is **REOPENED**. The Court will review the complaint in a separate order.

**IT IS SO ORDERED.**

Dated: August 30, 2016

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RYANT TRIMALE PRATT,

    Plaintiff,

v.

B. HEDRICKS, et al.,

    Defendants.

Case No. 16-cv-01129-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 30, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ryant Trimale Pratt ID: H-06191  
Salinas Valley State Prison  
P.O. Box 1050  
Soledad, CA 93960

Dated: August 30, 2016

Susan Y. Soong  
Clerk, United States District Court

By: /s/ Lisa R. Clark  
LISA R. CLARK, Deputy Clerk to the  
Honorable JAMES DONATO

2